1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANTHONY G.,[1]                          Case No. 5:24-cv-2409-RAO

12                 Plaintiff,

13          v.                               **JUDGMENT**

14   FRANK BISIGNANO,[2] Commissioner
     of Social Security,
15
                 Defendant.
16

17

18          In accordance with the Order Reversing Commissioner's decision filed

19   concurrently herewith,

20          IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of

21   Social Security is **REVERSED**, and the matter is **REMANDED** for further

22   proceedings consistent with the Court's Order.

23   DATED: August 29, 2025                        /s/

24                                           ROZELLA A. OLIVER
                                             UNITED STATES MAGISTRATE JUDGE
25

26   [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B)
     and the recommendation of the Committee on Court Administration and Case
27   Management of the Judicial Conference of the United States.
     [2] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, the
28   Commissioner of Social Security, is hereby substituted as the defendant.